**Electronically Filed
Supreme Court
SCWC-20-0000400
17-OCT-2024
07:57 AM
Dkt. 5 ODAC**

SCWC-20-0000400

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DAVID BENNETT GRIFFIN,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

AMPORN NOIHA GRIFFIN,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000400; CASE NO. 3DV17100134K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on September 5, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 17, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

